Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★     ★ ★ ★

# MEMORANDUM OPINION

No. 04-12-00537-CV

**IN RE** James **MILLER**

Original Mandamus Proceeding[1]

Opinion by:     Sandee Bryan Marion, Justice

Sitting:     Sandee Bryan Marion, Justice
Phylis J. Speedlin, Justice
Rebecca Simmons, Justice

Delivered and Filed: August 31, 2012

PETITION FOR WRIT OF MANDAMUS CONDITIONALLY GRANTED

On August 22, 2012, relator James Miller filed a petition for writ of mandamus asking this court to order Margaret Aranda, City Secretary, City of Floresville, to withdraw her administrative declaration of ineligibility and direct her to reinstate relator's name on the 2012 Floresville Municipal Election ballot for the office of Councilman, Place 1. On August 23, 2012, Ms. Aranda filed a notice with this court stating relator's name would be placed on the 2012 Floresville Municipal Election ballot for the office of Councilman, Place 1.

Accordingly, on August 24, 2012 we ordered Ms. Aranda to take all actions necessary under, or required by, the Texas Election Code to certify James Miller as a candidate for

---

[1] This proceeding is brought pursuant to Texas Election Code § 273.061 (West 2010). The respondent is Margaret Aranda, City Secretary, City of Floresville.

Floresville City Council, Place 1, and to place his name on the ballot for that office. The writ will only issue if we are notified Ms. Aranda has failed to comply with this court's order.

Sandee Bryan Marion, Justice